**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
  KLAUS DIETRICH,

                     Plaintiff,

       -against-                                                      19 **CIVIL** 10485 (CS)

                                                                             **JUDGMENT**

COUNTY OF ORANGE, CARL E. DUBOIS as
SHERIFF, in his official capacity, TEVIN
JOHNSON, and CORRECTION OFFICER
MICHAEL ROMAN,

                     Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 1, 2020, the County Defendants' motion to dismiss is GRANTED; Plaintiff's Eighth Amendment claims brought pursuant to § 1983 are dismissed with prejudice, and his state law claims (against both the County Defendants and Johnson) are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
           September 1, 2020

                                                                                 **RUBY J. KRAJICK**
                                                                              _____
                                                                                   Clerk of Court
                                                              **BY:**
                                                                                   _____
                                                                                   Deputy Clerk